■ In the Matter of MELVIN A. WESSON, Petitioner, v DONALD SELSKY, as Director of the Inmate Disciplinary Program, Department of Correctional Services, et al., Respondents.— Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.

■ In the Matter of KEITH McDERMOTT, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of the Department of Correctional Services, et al., Respondents Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.